IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ARNIE MCNEELY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:14-CV-1035-L** |
| | § | |
| **CAROLYN W. COLVIN, Commissioner** | § | |
| **of the Social Security Administration**, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Plaintiff's Motion for Summary Judgment (Doc. 13), filed July 23, 2014; and Defendant's Motion for Summary Judgment (Doc. 15), filed August 22, 2014.  Plaintiff filed this appeal on March 24, 2014, from the decision of the Commissioner of the Social Security Administration ("Commissioner") denying his claim for supplemental security income payments under Title XVI of the Social Security Act.  The case was referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on January 29, 2015, recommending that the court grant Defendant's Motion for Summary Judgment, affirm in all respects the final decision of the Commissioner of the Social Security Administration ("Commissioner"), and deny Plaintiff's Motion for Summary Judgment. Plaintiff filed objections to the Report on February 2, 2015.  No response to the objections was filed.

Having reviewed the pleadings, objections, file, record, applicable law, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court.  Accordingly, the court **overrules** Plaintiff's objections; **grants** Defendant's

Motion for Summary Judgment (Doc. 15); **denies** Plaintiff's Motion for Summary Judgment (Doc.

13); **affirms** the Commissioner's decision; and **dismisses with prejudice** this appeal.

     **It is so ordered** this 27th day of February, 2015.

                                     Sam A. Lindsay
                                     United States District Judge